Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
VERNON R. BARNES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERNON R. BARNES | Case No.: 2:15-cv-01823-LDG-PAL |
| Plaintiff, | PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Vernon R. Barnes by and through the undersigned attorney hereby requests to extend the time by 30 days from November 9, 2015 to December 9, 2015 for Plaintiff to file his amended complaint.. This is Plaintiff's first request for an extension.

-1-

1 This request is made at the request of Plaintiff's counsel to allow him the
2 opportunity to recontact the Appeals Council regarding his September 11, 2015
3 request for extension of time to file his complaint.  *See*, Complaint ¶ 8, Exhibit 1.
4 DATE: November 9, 2015         Respectfully submitted,
5                                 ROHLFING & KALAGIAN, LLP
6                                       /s/ *Marc V. Kalagian*
7                          BY: _____
                                Marc V. Kalagian
                                Attorney for plaintiff Vernon R. Barnes
8
9
10
11
12 IT IS SO ORDERED:       _____
13                          UNITED STATES MAGISTRATE JUDGE
14 DATED:  November 16, 2015

-2-