Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
VERNON R. BARNES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERNON R. BARNES ) | Case No.: 2:15-cv-01823-LDG-PAL |
| Plaintiff, ) | PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | (SECOND REQUEST) |
| Defendant. ) | |

Plaintiff Vernon R. Barnes by and through the undersigned attorney hereby requests to extend the time by 30 days from December 9, 2015 to January 8, 2016 for Plaintiff to file his amended complaint.. This is Plaintiff's second request for an extension.

1  This request is made at the request of Plaintiff's counsel to allow him the
2  opportunity to recontact the Appeals Council regarding his September 11, 2015
3  request for extension of time to file his complaint.  *See*, Complaint ¶ 8, Exhibit 1.
4  The Appeals Council has confirmed receipt of the September 11, 2015 request, but
5  still has not acted on the request.  Attached hereto as Exhibit 1 is the November 9,
6  2015 follow up letter to the Appeals Council.  On December 9, 2015, the
   undersigned has sent a second follow up to the Appeals Council.  Exhibit 2.
7
8  DATE: December 9, 2015                    Respectfully submitted,
9                                            ROHLFING & KALAGIAN, LLP
10                           /s/ *Marc V. Kalagian*
11                     BY: _____
                            Marc V. Kalagian
12                          Attorney for plaintiff  Vernon R. Barnes
13
14
15
16   IT IS SO ORDERED:    _____
17                        UNITED STATES MAGISTRATE JUDGE
18  DATED: December 14, 2015

-2-

* * * Communication Result Report ( Nov. 9. 2015 3:36PM ) * * *

1)
2)

Date/Time: Nov. 9. 2015  3:31PM

```
File                                                                        Page
No.  Mode            Destination                    Pg(s)     Result        Not Sent
-----------------------------------------------------------------------------------
1986 Memory TX       17036057441                    P.  5     OK
                     17036058691                              OK
```

----

Reason for error
 E. 1) Hang up or line fail          E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size     E. 6) Destination does not support IP-Fax

LAW OFFICES OF
ROHLFING & KALAGIAN, LLP

**FACSIMILE TRANSMITTAL SHEET**

| TO: Appeals Council, Branch CCPRB1 | FROM: Marc V. Kalagian |
|---|---|
| COMPANY: | DATE: November 9, 2015 |
| FAX NUMBER: (703)605-7441 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Vernon R. Barnes | YOUR REFERENCE NUMBER: 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 |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached follow up to our September 11, 2015 request for extension to file a civil action.

cc: Teresa Jensen via fax to (703)605-8691

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES
CYRUS SAFA

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

LAW OFFICES OF
# ROHLFING & KALAGIAN, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

November 9, 2015

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

Law Offices of Lawrence D. Rohlfing
1500 Palma Drive, #257
Ventura, CA 93003
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL: rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

PLEASE RESPOND TO
LONG BEACH

Appeals Council, Branch CCPRB1
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite C-225
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7441**

Re: Vernon R. Barnes
SSN: 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

Dear Appeals Council:

This letter will serve to follow up on our September 11, 2015 request for extension to file a civil action. The Congressional Affairs office has confirmed that you have received this request. I enclose our request for extension and facsimile transmission receipt for your easy reference. Request is made that you grant the extension request.

Once our office received the completed declarations and waiver forms from Ms. Nunez, I filed the above civil action on September 22, 2015. As part of that complaint, I attached my September 11, 2015 extension request as an exhibit. The court has now dismissed the complaint with leave to amend. Specifically, the court has ordered that I attach an order from the Appeals Council granting the extension request and the date that the Appeals Council set as the extended deadline. I have asked the court for additional time to **December 9, 2015** to respond.

Thank you for your attention and cooperation. I remain available to the Appeals Council for written or telephonic assistance on this very important case.

>Very truly yours,
>
>*Marc V. Kalagian*
>
>Marc V. Kalagian
>Attorney at Law

MVK:MVK
Enclosures
cc:   Vernon R. Barnes

P. 1

x x x Communication Result Report ( Sep. 11. 2015 3:44PM ) x x x

1)
2)

Date/Time: Sep. 11. 2015  3:38PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 9128 | LAN-Fax Transmission | 17036057131 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.5) Exceeded max. E mail size
E.2) Busy
E.4) No facsimile connection
E.6) Destination does not support IP-Fax

LAW OFFICES OF
ROHLFING & KALAGIAN, LLP

FACSIMILE TRANSMITTAL SHEET

| TO: Appeals Council, Branch 2 | FROM: Marc V. Kalagian |
|---|---|
| COMPANY: | DATE: September 11, 2015 |
| FAX NUMBER: (703)605-7131 | TOTAL NO. OF PAGES INCLUDING COVER: Pages 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Vernon R. Barnes | YOUR REFERENCE NUMBER: 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 |

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

LAW OFFICES OF
**ROHLFING & KALAGIAN, LLP**
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

PLEASE RESPOND TO
LONG BEACH

September 11, 2015

Appeals Council, Branch 2
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite 1305
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7131**

Re: Vernon R. Barnes
SSN: 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

Dear Appeals Council, Branch 2:

This letter serves to request a 30 day extension of the time in which to commence a civil action in the United States District Court. Vernon R. Barnes needs an extension she has just contact me for assistance. I need to secure papers and declarations to waive fees for my indigent client and I need to secure and review the papers so that I can make an informed filing that complies with the reasonable review required under F.R.Civ.P. Rule 11.

Please grant me an additional time to review and prepare the appropriate documentation. Counsel needs additional time to determine whether an appeal to federal Court is appropriate. Please note communication at this time with Mr. Barnes is through the United States Postal Service. Please grant an additional 30 days to submit a civil action with the United States District Court.

Very truly yours,

*Marc V. Kalagian*
Marc V. Kalagian
Attorney at Law

MVK:EP

cc: Vernon R. Barnes

\* \* \* Communication Result Report ( Dec. 9. 2015 1:25PM ) \* \* \*

1)
2)

Date/Time: Dec. 9. 2015 1:21PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2577 | Memory TX | 17036057441 | P. 8 | OK | |
| | | 17036058691 | | OK | |

Reason for error
  E. 1) Hang up or line fail
  E. 3) No answer
  E. 5) Exceeded max. E-mail size
  E. 2) Busy
  E. 4) No facsimile connection
  E. 6) Destination does not support IP-Fax

---

LAW OFFICES OF
ROHLFING & KALAGIAN, LLP

**FACSIMILE TRANSMITTAL SHEET**

| TO: Appeals Council, Branch CCPRB1 | FROM: Marc V. Kalagian |
|---|---|
| COMPANY: | DATE: December 9, 2015 |
| FAX NUMBER: (703)605-7441 | TOTAL NO. OF PAGES INCLUDING COVER: Pages 8 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Vernon R. Barnes | YOUR REFERENCE NUMBER: 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 |

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached follow up to our September 11, 2015 and November 9, 2015 letters regarding our request for an extension of time to file a civil action.

Copy to Teresa Jensen by fax to (703)605-8691.

**ROHLFING & KALAGIAN, LLP**

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES
CYRUS SAFA

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

Law Offices of Lawrence D. Rohlfing
1500 Palma Drive, Suite 257
Ventura, CA 93003
TELEPHONE: (800)221-6502
FACSIMILE: (562)868-8868
E-MAIL: rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

**PLEASE RESPOND TO
LONG BEACH**

December 9, 2015

Appeals Council, Branch CCPRB1
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite C-225
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7441**

Re:  Vernon R. Barnes
SSN:  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

Dear Appeals Council, Branch CCPRB1:

This letter serves to follow up on my November 9, 2015 letter regarding the above individual. That letter was a follow up to my September 11, 2015 letter requesting an extension of time to file a civil action. I enclose a copy of both of those letters for your easy reference.

A complaint was filed in this matter on September 22, 2015. The court dismissed the complaint with leave to amend. I have again asked the court for additional time to January 8, 2016 to respond. I anticipate that the court will not grant another extension beyond January 8, 2016. In light of the foregoing, request is made that you grant the request for extension of time.

Thank you for your attention and cooperation. I remain available to the Appeals Council for written or telephonic assistance on this very important case.

Very truly yours,

*Marc V. Kalagian*

Marc V. Kalagian
Attorney at Law

MVK:MVK
Enclosures
cc:   Vernon R. Barnes

```
*  *  *  Communication Result Report ( Nov. 9. 2015  3:36PM )  *  *  *
                                                                  1)
                                                                  2)

Date/Time: Nov. 9. 2015  3:31PM

File
No. Mode           Destination                      Pg(s)   Result        Page
                                                                          Not Sent
---------------------------------------------------------------------------------
1986 Memory TX     17036057441                      P. 5    OK
                   17036058691                              OK


Reason for error
  E. 1) Hang up or line fail           E. 2) Busy
  E. 3) No answer                      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size      E. 6) Destination does not support IP-Fax
```

LAW OFFICES OF
ROHLFING & KALAGIAN, LLP

| FACSIMILE TRANSMITTAL SHEET | |
|---|---|
| TO: Appeals Council, Branch CCPRB1 | FROM: Marc V. Kalagian |
| COMPANY: | DATE: November 9, 2015 |
| FAX NUMBER: (703)605-7441 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Vernon R. Barnes | YOUR REFERENCE NUMBER: 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 |

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached follow up to our September 11, 2015 request for extension to file a civil action.

cc: Teresa Jensen via fax to (703)605-8691

LAW OFFICES OF
# ROHLFING & KALAGIAN, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES
CYRUS SAFA

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

Law Offices of Lawrence D. Rohlfing
1500 Palma Drive, #257
Ventura, CA 93003
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL: rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

PLEASE RESPOND TO
LONG BEACH

November 9, 2015

Appeals Council, Branch CCPRB1
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite C-225
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7441**

Re: Vernon R. Barnes
SSN: 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

Dear Appeals Council:

This letter will serve to follow up on our September 11, 2015 request for extension to file a civil action. The Congressional Affairs office has confirmed that you have received this request. I enclose our request for extension and facsimile transmission receipt for your easy reference. Request is made that you grant the extension request.

Once our office received the completed declarations and waiver forms from Ms. Nunez, I filed the above civil action on September 22, 2015. As part of that complaint, I attached my September 11, 2015 extension request as an exhibit. The court has now dismissed the complaint with leave to amend. Specifically, the court has ordered that I attach an order from the Appeals Council granting the extension request and the date that the Appeals Council set as the extended deadline. I have asked the court for additional time to **December 9, 2015** to respond.

Thank you for your attention and cooperation. I remain available to the Appeals Council for written or telephonic assistance on this very important case.

Very truly yours,

*Marc V. Kalagian*

Marc V. Kalagian
Attorney at Law

MVK:MVK
Enclosures
cc:   Vernon R. Barnes

P. 1

✳ ✳ ✳  Communication Result Report ( Sep. 11. 2015  3:44PM ) ✳ ✳ ✳

1)
2)

Date/Time: Sep. 11. 2015  3:38PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 9128 | LAN-Fax Transmission | 17036057131 | P. 2 | OK | |

Reason for error
 E. 1) Hang up or line fail          E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E mail size     E. 6) Destination does not support IP-Fax

LAW OFFICES OF
ROEHLFING & KALAGIAN, LLP

**FACSIMILE TRANSMITTAL SHEET**

| TO: Appeals Council, Branch 2 | FROM: Marc V. Kalagian |
|---|---|
| COMPANY: | DATE: September 11, 2015 |
| FAX NUMBER: (703)605-7131 | TOTAL NO. OF PAGES INCLUDING COVER: Pages 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Vernon R. Barnes | YOUR REFERENCE NUMBER: 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 |

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

LAW OFFICES OF
# ROHLFING & KALAGIAN, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

**PLEASE RESPOND TO
LONG BEACH**

September 11, 2015

Appeals Council, Branch 2
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite 1305
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7131**

Re: Vernon R. Barnes
SSN: 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

Dear Appeals Council, Branch 2:

This letter serves to request a 30 day extension of the time in which to commence a civil action in the United States District Court. Vernon R. Barnes needs an extension she has just contact me for assistance. I need to secure papers and declarations to waive fees for my indigent client and I need to secure and review the papers so that I can make an informed filing that complies with the reasonable review required under F.R.Civ.P. Rule 11.

Please grant me an additional time to review and prepare the appropriate documentation. Counsel needs additional time to determine whether an appeal to federal Court is appropriate. Please note communication at this time with Mr. Barnes is through the United States Postal Service. Please grant an additional 30 days to submit a civil action with the United States District Court.

Very truly yours,

*Marc V. Kalagian*

Marc V. Kalagian
Attorney at Law

MVK:EP

cc: Vernon R. Barnes