1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  VERNON R. BARNES

7

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11

12 | VERNON R. BARNES              ) Case No.: 2:15-cv-01823-LDG-PAL
   |                               )
13 |        Plaintiff,             ) STIPULATION TO EXTEND TIME
   | v.                            ) TO FILE MOTION FOR REMAND
14 |                               ) AND/OR REVERSAL
   | CAROLYN W. COLVIN, Acting     )
15 | Commissioner of Social Security.) (FIRST REQUEST)
   |                               )
16 |        Defendant.             )
   |                               )
17 |_____)

18

19     Plaintiff Vernon R. Barnes and Defendant Carolyn W. Colvin, Acting

20 Commissioner of Social Security, through their undersigned attorneys, stipulate,

21 subject to this court's approval, to extend the time by 60 days from May 13, 2016

22 to July 12, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with

23 all other dates in the Court's Order Concerning Review Of Social Security Cases

24 extended accordingly. This is Plaintiff's first request for an extension.

25

26

-1-

1  This request is made at the request of Plaintiff's counsel to allow the Defendant to
2  provide Plaintiff with a copy of the Administrative Record and to allow Plaintiff
3  sufficient time to fully research the issues presented.

4  DATE: May 12, 2016            Respectfully submitted,

5                                 ROHLFING & KALAGIAN, LLP

6                                 /s/ *Marc V. Kalagian*

7                          BY: _____
                                Marc V. Kalagian
8                                Attorney for plaintiff Mr. Vernon R. Barnes

10  DATE:  May 12, 2016
                                  DANIEL G. BOGDEN
11                                United States Attorney

12                                 /s/ *Jeffrey T. Chen*

13                         BY: _____
                                JEFFREY T. CHEN
14                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
15                              |*authorized by e-mail|

17  IT IS SO ORDERED:   _____
18                      UNITED STATES MAGISTRATE JUDGE

19  DATED:  May 16, 2016

-2-