Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Gerald M. Welt
Attorney at Law: 1575
703 South Eight St.
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157

Attorneys for Plaintiff
Vernon R. Barnes

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VERNON R. BARNES,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:15-cv-01823-LDG-PAL<br><br>STIPULATION FOR DISMISSAL |

TO THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Vernon R. Barnes ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: July 18, 2016     Respectfully submitted,

                               LAW OFFICES OF ROHLFING & KALAGIAN, LLP

                               /s/ *Marc V. Kalagian*
                BY:_____
                       Marc V. Kalagian
                       Attorney for plaintiff Vernon R. Barnes

DATE: July 18, 2016     DANIEL G. BOGDEN
                            United States Attorney

                               /s/ *Carolyn B. Chen*
                BY:_____
                       CAROLYN B. CHEN
                       Special Assistant United States Attorney
                       Attorneys for Defendant Carolyn W. Colvin,
                       Acting Commissioner of Social Security
                       (Per e-mail authorization)

IT IS SO ORDERED: _____
                             Lloyd D. George
                             Sr. U.S. District Judge

DATED: this 9 day of August, 2016.